# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11 mj 22-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DAVID WAYNE WILSON, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a motion filed by counsel for defendant entitled "Motion to Withdraw Motion to Dismiss" (#26). In the motion, defendant seeks to withdraw a document entitled "Motion to Dismiss the Information" (#19) previously filed in this matter. It appears that the government does not object to the motion to withdraw and an oral motion to withdraw the Motion to Dismiss was granted by the court on April 11, 2012. Good cause having been shown, the motion will be allowed.

# ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw Motion to Dismiss" (#26) is hereby **ALLOWED**.

Signed: May 10, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge